# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS, WACO DIVISION

| | |
|---|---|
| USTA TECHNOLOGY, LLC | Civil Action No. 6:22-cv-1214 |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| GOOGLE LLC | |
| Defendant. | |

## DECLARATION OF ROBIN GRAY SCHWEITZER
## IN SUPPORT OF GOOGLE'S MOTION TO TRANSFER

I, Robin Gray Schweitzer, declare and state as follows:

1.      I am an attorney at the law firm Munger, Tolles & Olson LLP, counsel for Defendant Google LLC in the above-entitled action.  I provide this declaration in support of Google's Opposed Motion to Transfer Venue to the Northern District of California.  I am over 18 years of age and have personal knowledge of the facts set forth in this declaration.  If called as a witness, I could and would testify competently to the information contained herein.

2.      Attached as Exhibit 1 are true and correct copies of the public records of businesses associated with 211 W. Tyler Street, Suite C, Longview, TX 75601.

3.      Attached as Exhibit 2 are true and correct copies of the Docket Navigator profiles showing the number of federal court filings for Aloft Media, LLC; Azure Networks, LLC; Balther Technologies, LLC; Jenam Tech, LLC; Ring Plus, Inc.; and Stragent, LLC created by my office on April 19, 2023.

4.      Attached as Exhibit 3 is a true and correct copy of the public LinkedIn profile for Jerry Burchfiel, created by my office on April 19, 2023.

5.      Attached as Exhibit 4 is a true and correct copy of USTA's website, created by my office on April 19, 2023.

6.      Attached as Exhibit 5 is a true and correct copy of George Street Partners' "About Us" page from the George Street Partners' website, created by my office on April 19, 2023.

7.      Attached as Exhibit 6 are true and correct copies of the public LinkedIn profiles for Todd Schmidt, Ed Bruno, and David Norvell, created by my office on April 19, 2023.

8.      ██████████████████████████████████████████
████████████████████████████████████.

9. ████████████████████████████████████

████████████████████████████████.

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.  Executed in Los Angeles, California on this 19 day of April, 2023.

_/s/ Robin Gray Schweitzer_
Robin Gray Schweitzer

# EXHIBIT 1



**Search:** Public Records : SmartLinx® Comprehensive Business Report
**Terms:** street address(211 W. Tyler Street, Suite C) city(longview) radius(15) state(TX)

## SmartLinx® Comprehensive Business Search Results

| No. | Business Name | Company IDs | Phone |
|-----|---------------|-------------|-------|
| 1 | ALOFT MEDIA, LLC<br>111 W TYLER ST<br>LONGVIEW, TX 75601-6318<br>GREGG COUNTY<br>(07/12/2007 - 01/04/2023) | LexID(R) Business<br><br>Legal Entity: 0004-5167-1459<br>TIN: 20-566XXXX | 903-753-6760 ✔ (Most Recent Listing) Ⓑ (Business) Listing Name: STEVENS SCOTT ATTORNEY (11/24/2011 - 04/17/2023) |
| | **Match Names/Locations (up to 5)** | | |
| | ALOFT MEDIA<br>211 W TYLER ST STE C<br>LONGVIEW, TX 75601-6398<br>WHARTON COUNTY<br>(02/01/2014 - 07/01/2021) | | 903-230-9675 ✔ (Most Recent Listing) Ⓑ (Business) Listing Name: ALOFT MEDIA (03/05/2012 - 04/17/2023) |
| 2 | AZURE NETWORKS LLC<br>211 W TYLER ST STE C-3<br>LONGVIEW, TX 75601-6385<br>GREGG COUNTY<br>(09/17/2008 - 07/27/2022) | LexID(R) Business<br><br>Legal Entity: 0003-2256-9084<br>TIN: 26-3425626 | 903-230-9677 🔖 (Phone De-Listed in Electronic Directory Assistance) (01/24/2009 - 01/16/2014) |
| | **Match Names/Locations (up to 5)** | | |
| | AZURE NETWORKS LLC<br>211 W TYLER ST STE C<br>LONGVIEW, TX 75601-6398<br>GREGG COUNTY<br>(01/16/2020) | | 903-230-9677 🔖 (Phone De-Listed in Electronic Directory Assistance) (01/24/2009 - 01/16/2014) |
| 3 | BEST FRIENDS CREATIONS<br>🔖 (No recent public filings on file)<br>211 W TYLER ST STE B<br>LONGVIEW, TX 75601-6398<br>GREGG COUNTY<br>(05/2003 - 06/04/2012) | LexID(R) Business<br><br>Legal Entity: 0000-1808-2502 | 903-757-2700 ✔ (Most Recent Listing) Ⓑ (Business) Listing Name: ALLISON TERRANCE LAW OFFICE (11/19/2009 - 04/17/2023) |
| | **Match Names/Locations (up to 5)** | | |

| No. | Business Name | Company IDs | Phone |
|---|---|---|---|

BEST FRIENDS CREATION
211 W TYLER ST STE C
LONGVIEW, TX 75601-6398
GREGG COUNTY
(05/07/2003)

**4**    ISLAND OF LOST BUOYS, LLC
211 W TYLER ST STE C
LONGVIEW, TX 75601-6398
GREGG COUNTY
(07/15/2019 - 03/17/2022)

LexID(R) Business

Legal Entity: 1358-6073-5090

**5**    JENAM TECH, LLC
211 W TYLER ST
LONGVIEW, TX 75601-6385
GREGG COUNTY
(01/2011 - 01/31/2023)

LexID(R) Business

Legal Entity: 0006-2609-9089

**Match Names/Locations (up to 5)**

JENAM TECH, LLC
211 W TYLER ST STE C
LONGVIEW, TX 75601-6398
GREGG COUNTY
(01/05/2011 - 12/03/2022)

**6**    MAJEN TECH LLC
211 W TYLER ST
LONGVIEW, TX 75601-6385
GREGG COUNTY
(01/05/2011 - 12/02/2022)

LexID(R) Business

Legal Entity: 0006-2567-8171

**Match Names/Locations (up to 5)**

MAJEN TECH, LLC
211 W TYLER ST STE C
LONGVIEW, TX 75601-6398
GREGG COUNTY
(01/05/2011 - 12/02/2022)

**7**    RING PLUS, INC.
479 N CAMDEN DR FL 2
BEVERLY HILLS, CA 90210-3755
LOS ANGELES COUNTY
(04/14/2006 - 02/17/2022)

LexID(R) Business

Legal Entity: 0001-2275-1917
TIN: 42-1738075

310-990-0001

**Match Names/Locations (up to 5)**

RING PLUS, INC
211 W TYLER ST STE C

| No. | Business Name | Company IDs | Phone |
|-----|---------------|-------------|-------|
| | LONGVIEW, TX 75601-6398<br>GREGG COUNTY<br>(02/2008 - 09/08/2014) | | |
| 8 | S.R.E.G. PROPERTIES, INC.<br>2002 JUDSON RD STE 108<br>LONGVIEW, TX 75605-5646<br>GREGG COUNTY<br>(06/1972 - 10/09/2022) | LexID(R) Business<br>Legal Entity: 0001-2746-8809<br>TIN: 38-3704287 | 903-757-8686✔ (Most Recent<br>Listing)Ⓑ (Business)<br>Listing Name: SUMMERS REAL ESTATE GROUP<br>(10/08/2011 - 04/17/2023) |

**Match Names/Locations (up to 5)**

| | SREG PROPERTIES, INC<br>211 W TYLER ST STE C<br>LONGVIEW, TX 75601-6398<br>GREGG COUNTY<br>(07/13/2006 - 03/30/2017) | | 903-757-8686✔ (Most Recent<br>Listing)Ⓑ (Business)<br>Listing Name: SUMMERS REAL ESTATE GROUP<br>(10/08/2011 - 04/17/2023) |
|-----|---------------|-------------|-------|
| 9 | STRAGENT FOUNDATION<br>211 W TYLER ST STE C-2<br>LONGVIEW, TX 75601-6385<br>GREGG COUNTY<br>(04/15/2010 - 02/28/2023) | LexID(R) Business<br>Legal Entity: 0001-3834-5004<br>TIN: 27-2415176 | 903-212-3400✔ (Most Recent<br>Listing)Ⓑ (Business)<br>Listing Name: STRAGENT FOUNDATION FOUNDATIONS EDUCATIONAL<br>(10/06/2011 - 04/17/2023) |

**Match Names/Locations (up to 5)**

| | STRAGENT FOUNDATION<br>211 W TYLER ST STE C<br>LONGVIEW, TX 75601-6398<br>GREGG COUNTY<br>(11/16/2022 - 12/27/2022) | | 903-230-9676✔ (Most Recent<br>Listing)Ⓑ (Business)<br>Listing Name: STRAGENT LLC<br>(03/05/2012 - 04/17/2023) |
|-----|---------------|-------------|-------|
| 10 | STRAGENT, LLC<br>211 W TYLER ST STE C<br>LONGVIEW, TX 75601-6398<br>GREGG COUNTY<br>(07/12/2007 - 02/28/2023) | LexID(R) Business<br>Legal Entity: 0001-3832-9886<br>TIN: 20-3332899 | 903-230-9676✔ (Most Recent<br>Listing)Ⓑ (Business)<br>Listing Name: STRAGENT LLC<br>(03/05/2012 - 04/17/2023) |
| 11 | STRAGENT-ALOFT-AZURE-BALTHER-<br>GROLLEGER PROPERTIES, LLC<br>211 W TYLER ST STE C3<br>LONGVIEW, TX 75601-6385<br>GREGG COUNTY<br>(06/18/2010 - 07/27/2022) | LexID(R) Business<br>Legal Entity: 1331-2415-5001 | 903-230-9676✔ (Most Recent<br>Listing)Ⓑ (Business)<br>Listing Name: STRAGENT LLC<br>(03/05/2012 - 04/17/2023) |

| No. | Business Name | Company IDs | Phone |
|-----|---------------|-------------|-------|
| | **Match Names/Locations (up to 5)** | | |
| | STRAGENT-ALOFT-AZURE-BALTHER-GROLLEGER PROPERTIES LLC<br>211 W TYLER ST STE C<br>LONGVIEW, TX 75601-6398<br>GREGG COUNTY<br>(04/01/2022 - 07/27/2022) | | 903-230-9676 ✔ (Most Recent Listing) Ⓑ (Business) Listing Name: STRAGENT LLC<br>(03/05/2012 - 04/17/2023) |
| 12 | STRAGENT-ALOFT-AZURE-GROLLEGER PROPERTIES, LLC<br>211 W TYLER ST STE C<br>LONGVIEW, TX 75601-6398<br>GREGG COUNTY<br>(06/18/2010 - 06/01/2017) | LexID(R) Business<br>Legal Entity: 0004-5368-2604 | 903-230-9676 ✔ (Most Recent Listing) Ⓑ (Business) Listing Name: STRAGENT LLC<br>(03/05/2012 - 04/17/2023) |
| 14 | D.O.R.S.<br>🏷 (No recent public filings on file)<br>211 W TYLER ST STE C-2<br>LONGVIEW, TX 75601-6385<br>GREGG COUNTY<br>(04/16/2010 - 08/10/2015) | LexID(R) Business<br>Legal Entity: 0004-5082-9292 | |
| 15 | D.O.R.S. YOUTH TRANSITION CENTER<br>🏷 (No recent public filings on file)<br>211 W TYLER ST STE C-2<br>LONGVIEW, TX 75601-6385<br>GREGG COUNTY<br>(04/16/2010 - 02/28/2023) | LexID(R) Business<br>Legal Entity: 0004-5157-8404 | |
| | **Match Names/Locations (up to 5)** | | |
| | DORS YOUTH TRANSITION CENTER<br>211 W TYLER ST STE C-2<br>LONGVIEW, TX 75601-6385<br>GREGG COUNTY<br>(08/19/2015 - 02/28/2023) | | |
| 16 | OSO INNOVATIONS, LLC<br>211 W TYLER ST STE C-5<br>LONGVIEW, TX 75601-6385<br>GREGG COUNTY<br>(02/19/2009 - 11/17/2022) | LexID(R) Business<br>Legal Entity: 0001-0849-0420<br>TIN: 32-038XXXX | 903-230-9676 ✔ (Most Recent Listing) Ⓑ (Business) Listing Name: STRAGENT LLC<br>(03/05/2012 - 04/17/2023) |
| | **Match Names/Locations (up to 5)** | | |
| | OSO INNOVATIONS, LLC | | 903-230-9676 ✔ (Most Recent |

| No. | Business Name | Company IDs | Phone |
|-----|---------------|-------------|-------|
| | 211 W TYLER ST STE C5<br>LONGVIEW, TX 75601-6385<br>GREGG COUNTY<br>(11/17/2022) | | Listing) Ⓑ (Business)<br>Listing Name: STRAGENT LLC<br>(03/05/2012 - 04/17/2023) |
| 17 | OSO IP, LLC<br>211 W TYLER ST<br>LONGVIEW, TX 75601-6385<br>GREGG COUNTY<br>(09/17/2008 - 02/28/2023) | LexID(R) Business<br>Legal Entity: 0001-1520-4583<br>TIN: 32-0379712 | 903-230-9678 ✔ (Most Recent<br>Listing) Ⓑ (Business)<br>Listing Name: STRAGENT FOUNDATION<br>(03/05/2012 - 04/17/2023) |

**Match Names/Locations (up to 5)**

| | BALTHER TECHNOLOGIES, LLC<br>211 W TYLER ST STE C4<br>LONGVIEW, TX 75601-6385<br>GREGG COUNTY<br>(10/28/2021 - 03/10/2022) | | 903-230-9678 ✔ (Most Recent<br>Listing) Ⓑ (Business)<br>Listing Name: STRAGENT FOUNDATION<br>(03/05/2012 - 04/17/2023) |
| | OSO IP LLC<br>211 W TYLER ST STE C4<br>LONGVIEW, TX 75601-6385<br>GREGG COUNTY<br>(07/05/2022 - 02/28/2023) | | |
| 21 | AMY EPPERSON INSURANCE<br>👎 (No recent public filings on file)<br>211 W TYLER ST<br>LONGVIEW, TX 75601-6385<br>GREGG COUNTY<br>(06/11/2002 - 07/02/2008) | LexID(R) Business<br>Legal Entity: 0000-0988-4663 | |
| 27 | CONCEPT ELECTRIC<br>👎 (No recent public filings on file)<br>211 W TYLER ST<br>LONGVIEW, TX 75601-6385<br>GREGG COUNTY<br>(12/1994 - 10/31/2018) | LexID(R) Business<br>Legal Entity: 0000-3428-3057<br>TIN: 75-2812541 | 903-988-8030 👎 (Phone De-Listed in Electronic Directory Assistance)<br>(01/18/2001 - 09/09/2003) |
| 29 | E-Z BAIL BOND<br>👎 (No recent public filings on file)<br>211 W TYLER ST<br>LONGVIEW, TX 75601-6385<br>GREGG COUNTY<br>(11/1999 - 07/05/2021) | LexID(R) Business<br>Legal Entity: 0000-1445-9584 | 903-553-0000 👎 (Phone De-Listed in Electronic Directory Assistance)<br>(04/07/2000 - 05/22/2018) |

**Match Names/Locations (up to 5)**

| | E Z BAIL BOND | | 903-553-0000 👎 (Phone De-Listed in Electronic |

| No. | Business Name | Company IDs | Phone |
|-----|---------------|-------------|-------|
| | 211 W TYLER ST<br>LONGVIEW, TX 75601-6385<br>GREGG COUNTY<br>(03/23/2020 - 07/05/2021) | | Directory Assistance)<br>(04/07/2000 - 05/22/2018) |
| 30 | EZ SYSTEMS<br>🔑 (No recent public filings on file)<br>211 W TYLER ST<br>LONGVIEW, TX 75601-6385<br>GREGG COUNTY<br>(07/20/2001 - 11/14/2001) | LexID(R) Business<br><br>Legal Entity: 0000-5170-1609 | |

Key

⚠️ High Risk Indicator. These symbols may prompt you to investigate further.

🔑 Moderate Risk Indicator. These symbols may prompt you to investigate further.

🔍 General Information Indicator. These symbols inform you that additional information is provided.

✔️ The most recent telephone listing as reported by Electronic Directory Assistance.

Terms:            street address(211 W. Tyler Street, Suite C) city(longview) radius(15) state(TX)
Date/Time:        Wednesday, April 19, 2023 1:35 PM
Permissible Use:  **Your DPPA Permissible Use: Litigation**
                  **Your GLBA Permissible Use: Legal Compliance**

Copyright © 2023 LexisNexis, a division of Reed Elsevier Inc. All Rights Reserved.

**End of Document**

# EXHIBIT 2













FILE | ● Stragent, LLC

| Cases Filters | ‹ HIDE | FILTERS   OPTIONS   VIEW   PRINT | Cases | 30 Results |
|---|---|---|---|---|

**Parties**

Stragent, LLC

**Courts**

Delaware District

- or □ California Central District
- or □ Texas Eastern District

**EDIT FILTERS**

**Related Filters**
- ▸ Case Termination Date
- ▸ Case Filing Date
- ▸ Case Status
- ▸ Document Filing Date
- ▸ Judges
- ▸ Patents
- ▸ Patent Types
- ▸ Determinations
- ▸ Remedies
- ▸ Case Outcome

| □ | Case | Case Filing Date ▾ |
|---|---|---|
| □ | Stragent, LLC v. Bayerische Motoren Werke AG<br>1-23-cv-00005 (DDE) | Jan. 02, 2023 |
| □ | Stragent, LLC v. Volvo Car USA LLC<br>1-22-cv-00293 (DDE) | Mar. 04, 2022 |
| □ | Stragent, LLC v. BMW Of North America, LLC, et al<br>1-20-cv-00510 (DDE) | Apr. 15, 2020 |
| □ | Stragent, LLC v. Mercedes-Benz USA, LLC , et al<br>1-20-cv-00511 (DDE) | Apr. 15, 2020 |
| □ | Stragent, LLC v. Volvo Car North America, LLC<br>1-20-cv-00512 (DDE) | Apr. 15, 2020 |
| □ | Stragent, LLC v. BMW Of North America, LLC et al<br>6-16-cv-00446 (EDTX) | May. 20, 2016 |
| □ | Stragent, LLC v. Mercedes-Benz USA, LLC et al<br>6-16-cv-00447 (EDTX) | May. 20, 2016 |
| □ | Stragent, LLC v. Volvo Cars of North America, LLC et al<br>6-16-cv-00448 (EDTX) | May. 20, 2016 |
| □ | Stragent, LLC et al v. Cisco Systems, Inc.<br>6-13-cv-00608 (EDTX) | Aug. 26, 2013 |
| □ | Stragent, LLC et al v. Dell Inc.<br>6-13-cv-00609 (EDTX) | Aug. 26, 2013 |
| □ | Stragent, LLC et al v. Hewlett-Packard Company<br>6-13-cv-00610 (EDTX) | Aug. 26, 2013 |
| □ | Stragent, LLC et al v. Mercedes-Benz USA, LLC<br>6-13-cv-00378 (EDTX) | May. 08, 2013 |
| □ | Stragent, LLC et al v. Chrysler Group, LLC<br>6-13-cv-00379 (EDTX) | May. 08, 2013 |
| □ | Stragent, LLC et al v. Intel Corporation<br>6-11-cv-00421 (EDTX) | Aug. 10, 2011 |
| □ | Stragent, LLC et al v. Audi AG et al<br>6-11-cv-00361 (EDTX) | Jul. 13, 2011 |
| □ | Stragent, LLC, et. al. v. BMW North America LLC, et. al.<br>6-11-cv-00278 (EDTX) | May. 31, 2011 |
| □ | Stragent, LLC v. STMicroelectronics, Inc., et. al.<br>6-11-cv-00111 (EDTX) | Mar. 11, 2011 |
| □ | Demand Media, Inc. v. Stragent, LLC et al<br>2-10-cv-08925 (CDCA) | Nov. 19, 2010 |
| □ | Stragent, LLC et al v. LG Electronics Mobilecomm U.S.A., Inc. et al<br>6-10-cv-00244 (EDTX) | May. 07, 2010 |
| □ | Stragent, LLC et al v. Classmates Online, Inc. et al<br>6-10-cv-00242 (EDTX) | May. 06, 2010 |
| □ | Stragent, LLC et al v. Freescale Semiconductor, Inc. et al<br>6-10-cv-00224 (EDTX) | Apr. 29, 2010 |
| □ | Stragent, LLC et al v. Amazon.Com, Inc., et al<br>6-10-cv-00225 (EDTX) | Apr. 29, 2010 |
| □ | Stragent, LLC et al v. Match.com, LLC et al<br>6-10-cv-00226 (EDTX) | Apr. 29, 2010 |
| □ | Stragent, LLC et al v. Audi AG et al<br>6-10-cv-00227 (EDTX) | Apr. 29, 2010 |
| □ | Stragent, LLC v. Xelerated AB et al<br>6-10-cv-00090 (EDTX) | Mar. 15, 2010 |
| □ | Stragent, LLC v. Freescale Semiconductor, Inc. et al<br>6-10-cv-00091 (EDTX) | Mar. 15, 2010 |
| □ | Stragent, LLC v. Huawei Technologies Co., Ltd. et al<br>6-10-cv-00077 (EDTX) | Mar. 08, 2010 |
| □ | Stragent, LLC v. Pioneer Electronics (USA) Inc<br>6-08-cv-00493 (EDTX) | Dec. 19, 2008 |
| □ | Stragent LLC v. Microsoft Corporation et al<br>2-08-cv-00341 (EDTX) | Sep. 09, 2008 |
| □ | Stragent, LLC v. Nokia Inc. et al<br>2-08-cv-00293 (EDTX) | Jul. 29, 2008 |

> ☑ Open filter drawer by default

# EXHIBIT 3







**Jerry Burchfiel**

Sr. Scientist at Raytheon BBN

Greater Boston

Join to view profile

**Raytheon BBN**

## Experience



**Sr. Scientist**
Raytheon BBN

## View Jerry's full profile

🔗 See who you know in common

🔁 Get introduced

👥 Contact Jerry directly

 

## People also viewed

**Carson Tate**

Employee Engagement Expert | Executive Coach | Creator of the Productivity Style Assessment® | Author | Contributor, Harvard Business Review & Fast Company

Charlotte, NC

---

 **Looking for career advice?**
Visit the Career Advice Hub to see tips on accelerating your career.

View Career Advice Hub

---

## Jerry's public profile badge

Include this LinkedIn profile on other websites

 **Jerry Burchfiel**
Sr. Scientist at Raytheon BBN

 Sr. Scientist at Raytheon BBN

View profile

Linked**in**

View profile badges

---

Linked**in**   © 2023

Accessibility

Privacy Policy

Cookie Policy

Brand Policy

About

User Agreement

Your California Privacy Choices

Copyright Policy

Guest Controls

Case 6:22-cv-01214-XR   Document 34-1   Filed 04/19/23   Page 21 of 74





# EXHIBIT 4


(index.html)

USTA TECHNOLOGY, LLC

# PATENTS



(index.html)



**ABOUT**                    **BACKGROUND**

Usta Technology, LLC (Usta) is an intellectual property licensing company. Its patent portfolio includes three (3) patent families with eighteen (18) assets. The technologies covered by the portfolio relate to the current WiFi wireless standard. All of the patents in the Usta portfolio are available for licensing on reasonable terms.

**Portfolio**
STA TECHNOLOGY, LLC
(index.html)

**US7321580**
LINK
(http://patft.uspto.gov
Parser?
Sect1=PTO1&Sect2=HIT
**US7321580**

**US7286844**
LINK
(http://patft.uspto.gov
Parser?
Sect1=PTO1&Sect2=HIT
**US7286844**

**US8026849**
LINK
(http://patft.uspto.gov
Parser?
Sect1=PTO1&Sect2=HIT
**US8026849**

**US7483711**
LINK
(http://patft.uspto.gov
Parser?
Sect1=PTO1&Sect2=HIT
**US7483711**

**US8041363**
LINK
(http://patft.uspto.gov
Parser?
Sect1=PTO1&Sect2=HIT
**US8041363**

**US8190093**
LINK
(http://patft.uspto.gov
Parser?
Sect1=PTO1&Sect2=HIT
**US8190093**

**US8494534**
LINK
(http://patft.uspto.gov
Parser?
Sect1=PTO1&Sect2=HIT
**US8494534**

**US6816115**
LINK
(http://patft.uspto.gov
Parser?
Sect1=PTO1&Sect2=HIT
**US6816115**

**US7085841**
LINK
(http://patft.uspto.gov
Parser?
Sect1=PTO1&Sect2=HIT
**US7085841**

**USPAN 15/897,130**
DIRECTIONAL
CARRIER SENSE
MEDIUM ACCESS FOR
WIRELESS NODES
**Reissue Appl.**

**USPAN 15/898,404**
SPECTRUM-ADAPTIVE
NETWORKING
**Reissue Appl.**

**USPAN 15/898,408**
SYSTEMS AND
METHODS FOR THREE
DIMENSIONAL
ANTENNA SELECTION
AND POWER
CONTROL IN...
**Reissue Appl.**

**USPAN 60/420,930**
SPECTRUM-ADAPTIVE
NETWORKING

**PCT/US04/02676**
LINK
(https://patentscope.w
docid=WO2005015755

**PCT/US03/33338**
LINK
(https://patentscope.w
docid=WO2004038549

**PCT/US04/02677**
LINK
(https://patentscope.w
docid=WO2005011184&

60420930

USTA TECHNOLOGY, LLC

(index.html)

**PCT Appl.**

PCT\US04\02661

LINK
(https:\\patentscope.w
docid=WO2005013628£

**PCT Appl.**

**PCT Appl.**

**PCT Appl.**



# Licensing

Usta Technology LLC is open to license any and/or all of the assets in the Usta portfolio on reasonable terms.

For licensing inquiries please contact:

**George Street Partners**

Attn: Todd Schmidt

E: todd@georgesp.com

W: 317.344.0715

M: 773.575.3958

© Usta Technology, LLC

All Rights Reserved.



(index.html)

# EXHIBIT 5



| Home | Services | Portfolios | About Us | Contact Us |

## About Us

George Street Partners was started in 2005 when an opportunity was identified to leverage skills associated with business development and sales to enhance and expedite IP licensing results. GSP has developed a unique methodology in working with IP holders and potential licensees that GSP consultants utilize today. Working in tandem with our legal partners, we have continuously been able to meet and exceed our clients' expectations. GSP to date has represented five portfolios and has licensed over 435 companies, securing nearly $230 million in licensing revenue.

### TEAM

George Street has a team of highly qualified licensing consultants with fields of expertise including digital and traditional media, technology, telecom, consumer products, Materials Handling and financial. Each consultant is extensively trained on IP licensing, the 5-Step GSP process, program management and market communications. The team is led by Todd Schmidt, Ed Bruno and David Norvell.

Todd Schmidt (President): Todd has over 28 years of management and business development experience in the fields of new media technologies, entertainment, consumer durable and packaged goods. Over the span of his career he has worked at Procter & Gamble, Warner Bros. and Dyson Inc. Todd, with his co-founder, successfully built and sold Magnitude Network in 1999. He has also helped raise capital for numerous start-ups and early stage companies. Over the past twelve years, he has a successful track record that includes negotiating multi-million dollar business deals with C-level executives at companies such as Microsoft, Nokia, Panasonic, Sharp, LG Electronics, AOL and Real Networks. Schmidt received his BA from Ohio Wesleyan University and his MBA (Finance) from DePaul University.

Ed Bruno: Ed has over 24 years of management and business development experience in new media, traditional media, and technology. Ed has held the Vice President of Sales title in seven companies, two of them public. He has launched or co-launched numerous start-up ventures and has a track record of driving exceptional bottom line revenues. Bruno was voted into the 40 under 40 Club in the Seattle Business Examiner in 2005. Ed sits on the Boards of NitroFit Gyms and Puget Sound Broadcasting. He holds a Bachelor's degree in Speech Communications and Master's Degrees in Rhetoric and English from Oregon State University.

David Norvell:  David has over 10 years of experience in sales and business development. Prior to joining George Street Partners he held the role of Senior Business Development Officer for the largest private bank in Chicago. He has specialized in working with high net worth clientele and business owners to maximize profitability. His dedication to customer satisfaction and company success ties in directly with the core principles and values of George Street Partners. David attended Southern Illinois University and received a degree in Finance.

### RESULTS

GSP, utilizing its database of over 3000 companies and 500 plus law firms, has a proven ability to expedite and secure better results than traditional licensing outfits. GSP has licensed over 435 companies representing over $230 million. Examples of companies GSP has licensed can be found below:

| | | |
|---|---|---|
| American Express Company | Freescale Semiconductor Holdings | Pactiv Corporation |
| American Greetings Corporation | Fujitsu America, Inc. | Panasonic Corporation |
| Amsted Industries Inc. | Goodyear Tire and Rubber Company | Pantech Co. |
| Asus Computer Inc. | Google Inc. | Patagonia Inc. |
| Atmos Energy Corporation | Green Mountain Coffee Roasters Inc. | PepsiCo Inc. |
| Ann Taylor Stores Corp. | H&R Block | PPG Industries, Inc. |
| Armstrong World Industries | Halliburton Energy Services, | Qwest Corporation |

Avis Budget Group Inc.

Banner Health

Barnes Group Inc.

Bausch & Lomb Inc.

Benchmark Brands Inc.

Blockbuster Inc.

Boise Inc.

Bridgestone Americas, Inc.

Briggs and Stratton Corporation

Brown - Forman Corporation

Burger King Corporation

Cabelas

Cincinnati Bell Inc.

Cintas Corporation

Cooper Tire & Rubber Company

Crown Castle International Corp.

Crown Equipment Corporation

Cummins Inc.

Curtiss-Wright Corporation

CVS Pharmacy Inc.

Danaher Corporation

Dex One Corporation

Eddie Bauer LLC

Emory Healthcare

Epson Inc.

Fastenal Company

Federated Investors

First American Corporation

Ford Motor Company

Fortune Brands

Inc.

Hallmark Cards Inc.

Hanesbrands Inc.

Herman Miller Inc.

Hewlett Packard Corporation

Hitachi Ltd.

Home Depot Inc.

Horizon Healthcare Services, Inc.

HTC Corporation

IDEXX Laboratories Inc.

Interline Brands Inc.

Intuit Inc.

Johns Manville

Kimberly-Clark Corporation

Kohler Company

La-Z-Boy Incorporated

LGE

Lockheed Martin Corporation

Lorillard Inc.

MasterCard International

McCormick & Co.

McKesson Corporation

Misubishi Motors North America, Inc.

Morningstar Inc.

National Railroad Passenger Corporation

Nokia Corporation

Ocean Spray Cranberries Inc.

Orbital Sciences Corporation

Orbitz Worldwide, Inc.

Owens Corning

Owens - Illinois General Inc.

Pacific Sunwear

Redcats USA Inc.

Samsung Electronics Co.

ScanSource Inc.

Sears Holding Management Corp.

7 - Eleven Inc.

Sanyo

Sharp Electronics

Siemens Corporation

Sony Corporation

Sony - Ericsson

Sophos Limited

Southwire Company

Speedway LLC

Sprint Nextel Corporation

Stanley Black & Decker, Inc.

Steris Corporation

Symantec Corporation

The Orvis Company Inc.

The PNC Financial Services Group, Inc.

The St. Joe Company

Thor Industries Inc.

Tomy International

Under Armour, Inc.

Unisource Worldwide Inc.

Unisys Corporation

United Airlines

VaST Systems Technology Corp.

VF Corporation

Volt Information Sciences Inc.

Wawa Inc.

Westinghouse ABT Corporation

# EXHIBIT 6







## Todd Schmidt

Principal

Carmel, Indiana, United States

1K followers · 500+ connections

Join to view profile

**George Street Partners**

**DePaul Driehaus College of Business**

# Activity







As a member of a college board I know this issue is front and center on many campuses. Here is a leading thinker on what to do about freedom of...

Liked by Todd Schmidt



Ignorant English majors on black robes have killed the U.S. patent system. They have defined the very act of inventing -- solving a problem -- as a...

Liked by Todd Schmidt







**I signed up to #bethematch thanks to Kat Mena ❤️ One simple act can save a life, sign up through the link in the article!**

Liked by Todd Schmidt



Join now to see all activity

## Experience



**President**
George Street Partners
Jan 2009 - Present · 14 years 4 months
Indianapolis, IN

**Business Development**
Applied Recognition Inc.
Mar 2016 - Present · 7 years 2 months
Indianapolis, Indiana Area

## Education





1989 - 1991



### Ohio Wesleyan University
BA

1981 - 1985



### Culver Military Academy
-

1977 - 1981

---

# Recommendations received



### Steve Perbix
"Todd was talented athlete at Culver, but more significantly he was passionate and smart. He lifted up the people around him and always gave his best effort."

1 person has recommended Todd

**Join now to view**

---

# More activity by Todd







Another successful year earning the coveted International Presidents Circle representing the top 5% of Coldwell Banker agents in the World. I am now...

Liked by Todd Schmidt



Happy New Year from team Intertrust Technologies Japan! Gratefully appreciated to our customers, partners and friends for your support in 2022...

Liked by Todd Schmidt







From render to reality in 14 months. So proud to work with Team Dom's on a shared vision to reimagine the food experience. Thanks to the many unnamed...

Liked by Todd Schmidt



I have current teams making mistakes with time zone and offsets, and this past week I saw two clients making similar mistakes. It is a hard area to...

Liked by Todd Schmidt







I am very excited to share this great news...and tremendously proud of, and grateful for, our team at Mosaic Solutions for all of the hard work...

Liked by Todd Schmidt



BOLD says IT'S TIME for playoff hockey round 2

Liked by Todd Schmidt





Honored Michael McHugh and @depaulsalesleadership created this "Spotlight" piece. Space is still available for Spring. Won't you join us or...

Liked by Todd Schmidt



No better way to have led into Father's Day then by being with one inspirational Dad. On Friday, Miguel Cervantes, aka "Alexander Hamilton" joined...

Liked by Todd Schmidt







If you read one thing this Easter and Passover weekend, please read about my friend Kathy Giusti. She is a real life Super Hero.

Liked by Todd Schmidt



The new release "Dreams of Reality", is now available on iTunes. I'm very proud of my latest record. Hope you enjoy it as well. Perry

Liked by Todd Schmidt







**3 Steps to Lead #Online #Marketing on Tomorrow's Digital Earth**
http://bit.ly/3OLMKTG #Free #webinar on Nov 14:

Liked by Todd Schmidt

## View Todd's full profile

⊙ See who you know in common

⊟ Get introduced

⚌ Contact Todd directly

[ Join to view full profile ]

## People also viewed

**uka meissner-deruiz**
Boss & Fotograf, Designer bei
Stuttgart Region

**Richard Stillman**
Commercial Photographer
Loveland, CO

**Gregory M. Schmidt, CPP, PSP, CHPA**
Physical Security Specialist
Carmel, IN





Porterfield, WI

**Tony Cruz**

Freelance Photographer/Dispatcher/Security

Greater Philadelphia

**Simon "Skip" Ulmer**

Principal SIMON SAYS Consulting

Denver, CO

**Henry Schacht**

Executive Director at Warburg Pincus LLC

Kansas City, MO

**Matt Oates**

Principal Investor at BBVA

United States

**Kim Hedin**

Designer Retired POWER Engineers after 22 years

Hailey, ID

**Jacque Deaton**

Manager at Darwin T. Lynner Co.

Indianola, IA

Show more profiles ∨


### Looking for career advice?

Visit the Career Advice Hub to see tips on accelerating your career.

View Career Advice Hub

# Others named **Todd Schmidt**


**TODD SCHMIDT**

Owner, tms construction inc

Prior Lake, MN





Allen, TX


**Todd Schmidt**
Owner at TSVO - Todd Schmidt Voice Over
Ankeny, IA


**Todd Schmidt**
Director Of Operations at StandardAero
Winnipeg, MB


**Todd Schmidt**
Engineer at Hinckley Consulting
Laramie, WY

194 others named Todd Schmidt are on LinkedIn

See others named **Todd Schmidt**

## Add new skills with these courses

    Understanding Intellectual Property

    Foundations of Raising Capital

    Strategic Planning: Case Studies

See all courses

## Todd's public profile badge

Include this LinkedIn profile on other websites


**Todd Schmidt**
Principal

   President at George Street Partners

4/19/23, 12:12 PM

Case 6:22-cv-01214-XR   Todd Schmidt - President - Siege Steel Buildings | LinkedIn   Document 34-1 - Filed 04/19/23 Page 44 of 74





View profile

Linked in

View profile badges

Linked in  © 2023

Accessibility

Privacy Policy

Cookie Policy

Brand Policy

Community Guidelines

About

User Agreement

Your California Privacy Choices

Copyright Policy

Guest Controls

Language ⌄







# ED BRUNO

VP Sales, EventsPass North America

Grants Pass, Oregon, United States

548 followers  ·  500+ connections

Join to view profile

 EventsPass

## About

Bruno is a pure champion of sales, spending the last 26 years developing his art of selling. His core super power is a passion for people with an eye on human compassion. He has expertise in selling and navigating complex enterprise sales with multiple stake-holders representing diversified SaaS products; with artful PMSA and MSA contract construction skills designed for schedule one addendum growth. Bruno is a LOGO HUNTER and has partnered with some of the largest brands in the world including Harley Davidson, Heineken, Chevron, Goodyear, McDonalds, Google, Yahoo and more. He has sold pre-in-post Network time for the NFL and MLB, executed event marketing programs and non-traditional revenue opportunities across a multitude of venues and on-site spectacles. Bruno has designed sales methodologies with a systemic approach to delivering top line revenue underpinned with process. He was involved with promoting Kenny Chesney, Tobey Keith, Dierks Bentley and other country artists with his Seattle-based country

Case 6:22-cv-01214-XR   Document 34-1   Filed 04/19/23   Page 46 of 74





explosion as he co-developed theDial.com, a syndicated on-line radio network with 100 streaming affiliate partners, promoting original content deploying a new, first ever :15 second interactive audio ad platform; which he was later instrumental in selling to Loudeye Technologies. Over the years he has been a co-owner/venture partner in several business endeavors, headed up sales roles in over seven (7) companies, two of them public. Bruno was voted into the 40 under 40 Club in the Seattle Business Examiner and he holds a Bachelor's degree in Speech Communication and Master's Degrees in Rhetoric and English from Oregon State University.

Experience includes:

Chief Sales Officer, TELEGENIC, Inc. a hospitality built SaaS iPTV platform
President, eTAGZ Inc., Licensing 5 Patent portfolio to major brand partners
President/COO, Impact Media, Direct response Television Ad Agency
VP Sales/Owner/Partner: South Sound Broadcasting, KAYO/KFMY/KLSY
VP Sales: Ads.com, SAG License repurposing TV Commercials on-line
VP Sales, Activate Technologies, B2B Bandwidth & Broadcast Communication Sales
VP Sales, Loudeye Technologies, Radio Network & Internet Radio Solutions
VP Sales, theDial.com, Branded audio programming for large web properties
VP Sales, Interep/McGavren Guild Radio, National radio spot sales

Board of Directors:
VisiSite Technologies, LLC.

---

# Articles by ED



 



Jun 15, 2022













Jun 5, 2019



**TELEGENIC Partners with Charter Spectrum**

By ED BRUNO

Mar 30, 2018

---

## Activity



**Decide what you want to do with your life and go after it! There are NO LIMITS!!!!**
Liked by ED BRUNO



**in**





What a fantastic first day! I had the opportunity to attend the Women's Forum at the SISO Summer Summit in 2022. It was my first time participating...

Liked by ED BRUNO



Delivering inclusive and accessible experiences for all our customers is central to Informa's D&I strategy, AllInforma, and impacts activities across...

Liked by ED BRUNO

**Join now to see all activity**

## Experience





Jan 2019 - Present · 4 years 4 months

Tacoma, WA

Seeking partnerships for EventsPass ticketing engine and lead generation technology to the benefit of exhibition owners, managers and executives looking to bolster show ROI with measurable results underpinned with validating, rich data. EventsPass is NEW to the U.S with legacy success in Australia. Want to learn more about a better way of managing your events with technology, let's talk.



### Managing Director / Partner
Accelerate Ventures, Inc.

Oct 2005 - Present · 17 years 7 months

Tacoma, Washington



### VP Sales/Owner Partner
South Sound Broadcasting

Apr 2002 - Present · 21 years 1 month

Greater Seattle Area

Owner/Opperator overseeing all aspects of sales and marketing



### Chief Sales Officer
TELEGENIC, Inc.

Jan 2017 - Jun 2019 · 2 years 6 months

Bellevue, WA

### EVP Chief Revenue Officer
VisiSite Technologies

Dec 2014 - Jun 2016 · 1 year 7 months

Greater Salt Lake City Area

SaaS Platform Software Sales

   

Jan 2006 - Oct 2013 · 7 years 10 months

Greater Salt Lake City Area

Responsible for all opperational aspects of IP licensing sales and execution of IP assets

### VP Sales

Loudeye Technologies

Apr 2001 - Aug 2002 · 1 year 5 months

Responsible for the Loudeye Radio Network for both in-stream content advertising sales and affiliate network growth

---

# Education

### Oregon State University

Masters Degree · English & Rhetorical Studies

1992 - 1994

Activities and Societies: Taught Argumentation & Critical Discourse COMM 114

Graduate teaching appointment in the Speech Comm Department of Shepard Hall: taught Argumentation and Critical Discourse for 2 years

### Oregon State University

Bachelor Degree of Science · Speech Communication

1988 - 1992

 

1987 - 1988

Undergraduate Studies before transferring to OSU

---

## Honors & Awards

**40 under 40**

Seattle Business Examiner

Jun 2005

Recognized as one of the 40 most influential business leaders in the Seattle Metro Area under the age of 40

---

## More activity by ED

**!! Just Announced: Renowned Author, Journalist Jonathan Martin to join industry at the 2023 American Boating Congress. Martin is among the most...**

Liked by ED BRUNO





Great second day. I enjoyed all the sessions and catching up with different folks I have worked with over the years. I especially enjoyed the...

Liked by ED BRUNO

Bananas are one of the tropical fruits that have many benefits. Some studies say that "one banana can provide nearly 10% of your daily fibre...

Liked by ED BRUNO

TOMORROW 🙌 Shop Hanover Yachts 2023 models at #PBIBS2023 🔥 The Hanover 305, 375 & 377 will be on display & available for a private showing. Check...

Liked by ED BRUNO





Liked by ED BRUNO

The U.S. Fish and Wildlife Service announced the agency's Boating Infrastructure Grant (BIG) program will provide more than $20 million in grant...

Liked by ED BRUNO

The 41st annual Palm Beach International Boat Show will feature 600+ exhibiting brands & over 800 vessels 🤯 See gorgeous #Yachts from Ocean...

Liked by ED BRUNO

Another successful #PBIBS is in the books!...

Liked by ED BRUNO





Marketing dream team! Just missing Randy Field #team #pbibs

Liked by ED BRUNO

Team EventsPass does it again!! Another successful event with our seamless technology & extraordinary team together with Informa Markets!

Liked by ED BRUNO

Amazing messages! 🙇🏽💙 Which one is your favorite?

Liked by ED BRUNO

 

Liked by ED BRUNO

Fruit Maven Molly with this weeks luscious healthy delivery. Try us free with an in-office fruit tasting session. marketfreshfruit.com

Liked by ED BRUNO

---

## View ED'S full profile

See who you know in common

Get introduced

Contact ED directly

**Join to view full profile**

## People also viewed

**Adam Blakney**

Global Capitalist | Chairman | Family Officer

Greater Seattle Area

**Stewart Buchanan**

CEO at EventsPass

Northcote, VIC

**Riley Allen**

SaaS Platform Growth Insights & Digital Transformation Projects @ EventsPass

Niagara-on-the-Lake, ON





San Diego, CA

**Jolene Anderson**

Accountant at Easy Office

Boise, ID

**Nancy Powell**

Education

Gig Harbor, WA

**Keith Bowen**

Officer at California patrol

Victorville, CA

**Ahmet Gövez**

Bilgisayar İşletmeni / Ankara Üniversitesi Tıp Fakültesi Basın Yayın Halkla İlişkiler

Turkey

**Abbas Nadeem**

Trading Specialist at Bitcoin

United States

**Muhammed Ali Tarık GÖVEZ**

Necmettin Erbakan University eğitim kurumunda öğrenci

Konya, Turkey

Show more profiles ⌄

 **Looking for career advice?**

Visit the Career Advice Hub to see tips on accelerating your career.

View Career Advice Hub

# Others named **ED BRUNO**

 **Ed Bruno**

Telecommunications Professional

New York City Metropolitan Area





Organization 🏫
Petrolina, PE


**Ed Bruno**
Owner at Edward Bruno, Orthodontics for Children and Adults
Chico, CA


**Ed Bruno**
Head Coach - Jr. Varsity Baseball at Haverford Senior High School
Pottstown, PA

97 others named ED BRUNO are on LinkedIn

See others named **ED BRUNO**

# Add new skills with these courses

   **Digital Marketing Tools: Create a Marketing Campaign from Start to Finish**

   **Augmented Reality Marketing**

   **Learning Google AdSense**

See all courses

# ED'S public profile badge

Include this LinkedIn profile on other websites

   **ED BRUNO**
VP Sales, EventsPass North America

   VP Sales, North America at EventsPass

View profile                                                              Linked in

4/19/23, 12:13 PM       Ed Bruno - Event Sales - Norris Conference Centers | Bass Pro Shop...

Case 6:22-cv-01214-XR   Document 34-1   Filed 04/19/23   Page 61 of 74





© 2023

Accessibility

Privacy Policy

Cookie Policy

Brand Policy

Community Guidelines

About

User Agreement

Your California Privacy Choices

Copyright Policy

Guest Controls

Language







## David Norvell

Director, Business Development at Sunset Transportation

St Louis, Missouri, United States

5K followers · 500+ connections

Join to view profile

**Sunset Transportation**

**Southern Illinois University, Carbondale**

🔗 **Company Website** ↗

## About

Specialties: Intellectual property licensing, business development, sales consulting, sales management, small business analysis, retail branch management, retail banking sales, public speaking, staff development, outside sales, project management, process management, licensing sales, market sizing, financial modeling, patent consulting







Teddy, we're so excited that you are going to be sharing your summer with us! #sunsetsaintpaul #sunsetinterns

Liked by David Norvell



So excited to intern at Sunset Transportation this summer! I can't wait to join the Grand Haven team! Special shoutout to Douglas Bryant, Meranda...

Liked by David Norvell

 



**https://brev.is/eDaSe** .

Liked by David Norvell

Join now to see all activity

## Experience

 **Director, Business Development**
Sunset Transportation

May 2019 - Present · 4 years

Greater St. Louis Area

 **Applied Recognition Inc.**
3 years 3 months

**Director of Partnerships**
Jan 2018 - May 2019 · 1 year 5 months

St. Louis, MO

Applied Recognition Inc. develops face recognition technology for a variety of consumer applications. Quite simply, we find the "Who" in photos.

Our talented team has created innovative Mobile, PC and Cloud Storage products that automatically index photos according to the people in the photos. Our unique and smart indexing system opens up an array of opportunities that were never before possible. For





gathering of people at work or at play, photos play an important role in capturing moments and creating memories.

With our user-friendly products and advanced technologies, we make the task of organizing and sharing thousands of photos based on the important people in them – effortless.

Show less ∧

### Business Development - Americas
Mar 2016 - Jan 2018 · 1 year 11 months

Applied Recognition Inc. develops face recognition technology for a variety of consumer applications. Quite simply, we find the "Who" in photos.

Our talented team has created innovative Mobile, PC and Cloud Storage products that automatically index photos according to the people in the photos. Our unique and smart indexing system opens up an array of opportunities that were never before possible. For instance, the creation of a family photo archive organized as a family tree or photo reminiscence therapy for people with Alzheimer's disease. In short, whenever there is a gathering of people at work or at play, photos play an important role in capturing moments and creating memories.

With our user-friendly products and advanced technologies, we make the task of organizing and sharing thousands of photos based on the important people in them – effortless.

Show less ∧



### Metropolitan Bank Group, North Community Bank
6 years 1 month

### Regional Sales Manager
Jun 2009 - Jun 2012 · 3 years 1 month

Chicago, IL

Oversee sales management and staff development for 37 retail branches and 170+ employees

Direct supervisor for team of four district managers that oversee unique territories





Responsible for development of sales skills for all retail staff members through daily coaching and monthly training sessions

Actively source and price new business relationships in partnership with the commercial loan department

Director of special pricing requests for deposit accounts held within North Community Bank branch network

Well versed in business banking analysis and relationship management of top commercial customers

Directly involved in all aspects of human resources for retail staff (hiring, disciplinary action, etc.)

Prepare and conduct monthly sales meetings involving outside vendors and internal bank partners

Responsible for marketing research, budgeting, setup and display at 37 retail branches

Point man for multiple vendor relationships. Work with each vendor to ensure quality service standards are upheld and that relationships continue to add value

Responsible for creation and implementation of annual training curricula

Reversed trend of net negative account openings that had remained consistent for more than three years before role acceptance. Net personal DDA increased by more than 300% year over year in 2011

Successfully launched investment program with business partner, IPI investments, at North Community Bank in 2009.



### Sales Manager

Nov 2008 - Jun 2009 · 8 months

Chicago, IL

 

Helped to create and implement a new "pro-active" sales culture launched in 2009 with the direction of the holding company. Achieved great success in the reversal of negative account and declining core deposit trends experienced in the years preceding role acceptance.

Worked directly with bank President and Director of Sales to elevate net account levels, lower overall cost of funds, decrease customer attrition levels and increase bank profitability.

Promoted within bank group to Senior Business Development Officer role at North Community Bank in June of 2009.

 Show less ∧

### Assistant Vice President, Area Manager

Jun 2006 - Oct 2008 · 2 years 5 months

Greater Chicago Area

Oversaw daily operations of three retail branches and staff of sixteen retail employees.

Managed and developed relationships with existing and prospective small business clients. Pro-actively performed cold and warm calls to local businesses on a daily basis.

Worked in tandem with commercial loan officers and business partners to deepen customer relationships and increase bank profitability through referrals.

 ### JPMorgan Chase

1 year 8 months

### Branch Manager

Oct 2005 - Jun 2006 · 9 months

Chicago, IL

Manager of Chase In-Store retail branch sales center. Worked to improve branch P&L status in Chicago In-Store North district while overseeing staff of 4 personal bankers.

Worked closely with personal banker staff on role plays and cross-sale behaviors which positively affected PVC payout levels and added additional benefit to customer base.




account production.

( Show less ^ )

### Personal Banker

Nov 2004 - Oct 2005 · 1 year

Chicago, IL

Responsible for new account growth and monthly sales goals. Pro-actively assisted branch staff to increase consumer and commercial DDA base through calling efforts, outside sales, bank at work events, aisle profiling.

Additionally cross-sold investments, loan products (primarily HELOC and installment products) and credit cards to increase branch standing in nation-wide P&L measurement.

Consistently finished at the top of In-Store North District for monthly sales production during position tenure.

Earned 2005 National Sales Achiever award (placed in top 10% of personal bankers nationwide)

( Show less ^ )

---

# Education



### Southern Illinois University, Carbondale

Bachelor · Finance

2001 - 2004

Activities and Societies: Pi Kappa Alpha, Honors Society, Saluki Student Investment Fund



### University of Missouri-Columbia

N/A · Business Management

2000 - 2001






### Pond Elementary
-

---

## Recommendations received



**Andrew Barker, P.Eng.**
"David was the 'tip of the spear' salesperson at Applied Recognition and did a great job of finding doors to open in an early-to-market product with clear differentation.. that takes a unique set of eyes to see. Face Recognition in a small startup is not an easy sale and as the Director of Partnerships, David did a great job of both finding leads and then maintaining a flexible get-it-done attitude with customers. It was a joy to work with him, and I hope our paths cross again soon! "



**Ed Jaeky**
"David is an excellent leader. He cares for his co-workers and is able to motivate them to always strive to be better. He cares deeply for his fellow employees."

7 people have recommended David

**Join now to view**

---

## More activity by David

4/19/23, 12:14 PM    David Norvell OCR etc. Business Development at Sunset Transportation | LinkedIn

Case 6:22-cv-01214-XR   Document 34-1   Filed 04/19/23   Page 70 of 74

 LinkedIn      



Selling #Sunset solutions one outfit at a time. PreppyMonday- Project Management TracksuitTuesday-Truckload WesternWednesday-Expedite...

Liked by David Norvell



The Nashville crew represented Sunset Transportation proudly at the Middle Tennessee State University Career Fair yesterday!#Sunsetters #SunsetWasHere

Liked by David Norvell







**Sunset's US/MX team, stationed at the World Trade border in #Laredo, #NuevoLaredo and #Queretaro, provides insight into #crossborder conditions in...**

Liked by David Norvell

**We're proud to be a Macropoint preferred partner! #SunsetPartner #SunsetCelebrates**

Liked by David Norvell

---

## View David's full profile

- See who you know in common
- Get introduced
- Contact David directly

Case 6:22-cv-01214-XR  Document 34-1  Filed 04/19/23  Page 72 of 74




## People also viewed

### Jill Gross
Vice President, Strategic Accounts at Sunset Transportation

St Louis, MO

### Ginny Polach
Director of Human Resources at Sunset Transportation

Ballwin, MO

### Lindsey Williams-Graves
Culture Keeper ** Growth Oriented ** Strategic Vision Leader ** Owner & CEO

St Louis, MO

### Lizzy Solis
Inside Sales Manager

Querétaro, QUE

### Tori King
National Sales Representative

Greater St. Louis

### Lidia Sotelo
Business Development Representative

Querétaro, QUE

### Tracy Meetre
Chief Commercial Officer at Sunset Transportation

St Louis, MO

### Alicia Combs
Executive Director, Sales

Greater St. Louis

### Camila Beslin
Business Development Representative for Sunset Transportation US. International Business Student.

Querétaro, QUE

### Justin Danks
Managing Director at Sunset Transportation

St Louis, MO

 

 **Looking for career advice?**
Visit the Career Advice Hub to see tips on accelerating your career.

View Career Advice Hub

## Others named **David Norvell**

 **David Norvell**
Assistant Vice President Sustainability at University of Central Florida
Oviedo, FL

 **David Norvell**
Vice President Relationship Manager C & IB
Huntsville, AL

 **David Norvell**
Largo, FL

 **David Norvell**
Senior Developer, Solutions Architect, and Development Manager
Johnson City, TN

31 others named David Norvell are on LinkedIn

See others named **David Norvell**

## Add new skills with these courses

 **Building a Winning Enterprise Marketing Strategy**

 **Business Development Foundations: Researching Market and Customer Needs**

 **Business Development Foundations**





# David's public profile badge

Include this LinkedIn profile on other websites



**David Norvell**
Director, Business Development at Sunset Transportation

**SUNSET** Director, Business Development at Sunset Transportation

**SIU** Southern Illinois University, Carbondale

View profile

Linked**in**

View profile badges

Linked**in** © 2023

Accessibility

Privacy Policy

Cookie Policy

Brand Policy

Community Guidelines

About

User Agreement

Your California Privacy Choices

Copyright Policy

Guest Controls

Language ⌄