UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, WACO DIVISION

| | |
|---|---|
| USTA TECHNOLOGY, LLC<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC<br>    Defendant. | Civil Action No. 6:22-cv-1214<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF RAYMOND HAYES
IN SUPPORT OF GOOGLE'S MOTION TO TRANSFER**

I, Raymond Hayes, declare and state as follows:

1. I am a Software Engineer at Google LLC. I have been a Google employee since May of 2015. My office is in Mountain View, California.

2. I provide this declaration in support of Google's Opposed Motion to Transfer Venue to the Northern District of California. I am over 18 years of age and have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would testify competently to the information contained herein.

3. I am knowledgeable about the wireless architecture that supports wireless capabilities in the Google Nest WiFi Router and the Google Nest WiFi Point.

4. Google sources the internal Wi-Fi chipsets for the Google Nest WiFi Router and the Google Nest WiFi Point from ▮▮▮▮▮. I am knowledgeable about Google's sourcing of ▮▮▮▮▮ chips for these devices.

5. Google's main point of contact at ▮▮▮▮▮ for the Wi-Fi chipsets used in the Google Nest WiFi Router and the Google Nest WiFi Point is ▮▮▮▮▮▮▮▮▮▮.

6. I work with Srinivasa Duvvuri, a Staff Software Engineer. Mr. Duvvuri is knowledgeable about the software implementation that supports wireless functionality on the Google Nest WiFi Router and the Google Nest WiFi Point. Mr. Duvvuri's office is in Mountain View, California.

7. I am not aware of any Google employee in Texas who works on Google Nest WiFi Router or Google Nest WiFi Point wireless capabilities.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Mountain View, California on this 18th day of April, 2023.

_Raymond R. Hayes_
Raymond Hayes